JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
HOLLIS E. IRVINE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cumberland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JORDAN M. ANGER, AUSA
United States Attorney's Office
970 Broad St., Room 700
Newark, New Jersey 07102

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place | □4 | □4 |
| Citizen of Another State | □2 | [ ]2 | Incorporated and Principal Place of Business in Another State | □5 | □5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | □6 | □6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. § 1345 - United States as Plaintiff

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [] 610 Agriculture | [] 422 Appeal 28 U.S.C. 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | [] 310 Airplane | [] 362 Personal Injury Med. Malpractice | [] 620 Other Food and Drug | | [] 410 Antitrust |
| ☐ 130 Miller Act | [] 315 Airplane Product Liability | [] 365 Personal Injury Product Liability | [] 625 Drug Related Seizure at Property 21 U.S.C. 881 | [] 423 Withdrawal 28 U.S.C. 157 | [] 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | [] 320 Assault, Libel and Slander | [] 368 Asbestos Personal Injury Prod. Liab. | [] 630 Liquor Laws | | [] 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | [] 330 Federal Employers' Liability | | [] 640 R.R. and Truck | | [] 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | [] 650 Airline Regs. | **PROPERTY RIGHTS** | [] 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [] 340 Marine | [] 370 Other Fraud | [] 660 Occupational Safety/Health | [] 820 Copyrights | [] 810 Selective Service |
| ☐ 153 Recovery of Overpayment at Veteran's Benefits | [] 345 Marine Product Liability | [] 371 Truth in Lending | [] 690 Other | [] 830 Patent | [] 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | [] 350 Motor Vehicle | [] 380 Other Personal Property Damage | | [] 840 Trademark | [] 875 Customer Challenge 12 U.S.C. 3140 |
| ☒ 190 Other Contract | [] 355 Motor Vehicle Product Liability | [] 385 Property Damage Prod. Product Liability | **LABOR** | **SOCIAL SECURITY** | [] 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | [] 360 Other Personal Injury | | [] 710 Fair Labor Standards Act | [] 861 HIA (1395ff) | [] 892 Economic Stabilization Act |
| | | | | [] 862 Black Lung(923) | [] 893 Environmental Matters |
| | | | | [] 863 DIWC/DIWW (405(g)) | [] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | [] 720 Labor/Mgmt. Relations | [] 864 SSID Title XVI | [] 895 Freedom of Information Act |
| | | | [] 730 Labor/Mgmt. Reporting and Disclosure Act | [] 865 RSI (405(g)) | [] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [] 210 Land Condemnation | [] 441 Voting | [] 510 Motions to Vacate Sentence Habeas Corpus: | [] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [] 950 Constitutionality of State Statutes |
| [] 220 Foreclosure | [] 442 Employment | [] 530 General | [] 790 Other Labor Litigation | | [] 890 Other Statutory Actions |
| [] 230 Rent Lease and Ejectment | [] 443 Housing/Accommodations | [] 535 Death Penalty | [] 791 Empl. Ret. Inc. Security Act | [] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [] 240 Torts to Land | [] 444 Welfare | [] 540 Mandamus and Other | | [] 871 IRS - Third Party 26 U.S.C. 7609 | |
| [] 290 All Other Real Property | [] 440 Other Civil Rights | [] 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN
[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VII. RELATED CASE(S) IF ANY
(See instructions):

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
JORDAN M. ANGER, Assistant United States Attorney

CRAIG CARPENITO
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: jordan.anger@usdoj.gov
(FLU:YH)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **HON.** |
| *Plaintiff,* | : | *Civil Action No.* |
| v. | : | **COMPLAINT** |
| HOLLIS E. IRVINE, | : | |
| *Defendant.* | : | |

CRAIG CARPENITO, United States Attorney for the District of New Jersey, on behalf of plaintiff, United States of America, for its Complaint against defendant HOLLIS E. IRVINE, says that:

1.  This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. Section 1345.

2.  The defendant resides in Greenwich, within the state and district of New Jersey.

3.  Defendant owes plaintiff the principal sum of $223,225.00, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

4.  Due demand has been made for payment.

THEREFORE, plaintiff demands judgment against defendant as follows:

a. In the amount of $223,524.67 ($223,225.00 principal, $299.67 interest accrued through October 22, 2019), and $0.00 costs;

b. Interest to accrue at the rate of 1% per annum from October 23, 2019 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Costs of suit; and

e. For such other relief as this Court may deem just.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: *[signature]*
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

**MARITIME ADMINISTRATION**
**U.S. DEPARTMENT OF TRANSPORTATION**
**WASHINGTON, DC**

**CERTIFICATE OF INDEBTEDNESS**

Debtor's Name:     Hollis E. Irvine

Debtor's SSN:      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

Address:           1400 Greenwich Road
                   P.O. Box 237
                   Greenwich, NJ 08323

Total debt due the United States as of October 22, 2019: $223,524.67. That amount includes $223,225 in principal, and $299.67 in interest. Interest accrues at 1 percent annually, and began to accrue on September 3, 2019.

I certify that Maritime Administration records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with a Service Obligation Contract for U.S. Merchant Marine Academy Midshipmen, executed by the above-named Debtor on August 4, 2008. The agreement provides that in consideration for the education received at the Academy, the individual shall, *inter alia*, have five years of qualifying employment, submit an annual compliance report for a minimum of seven years after graduation, and serve in a Reserve component of an armed force of the United States for six years following graduation. The agreement further provides that the individual shall reimburse the Federal Government for the cost of the education received at the Academy in the event he fails to meet that obligation. The Debtor has failed to fulfill those terms of the service obligation contract.

Upon receiving information that the Debtor was not in compliance with the terms of this contract, the Maritime Administration issued a default determination on or around September 3, 2019. The Debtor failed to appeal the Maritime Administration's default determination pursuant to 46 C.F.R. § 310.58, so that default determination therefore constitutes final agency action.

CERTIFICATION: Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____                    10/22/2019
Christopher Wahler                                  Date
Director, Office of Maritime Labor and Training